IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

LUIS JAVIER RODRIGUEZ ACEVEDO
XXX-XX-1845

IN RE:

MYRNA LIZ ANAYA GUTIERREZ
xxx-xx-1642

Debtor(s)

CASE NO. 10-05210 ESL

Chapter 13

CASE NO. 10-05212 BKT

Chapter 13

**FILED & ENTERED ON 07/13/2010**

ORDER

The motion filed by Debtor requesting substantive consolidation (docket #10) is hereby granted. All further entries shall be made under lead case 10-05210.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 13 day of July, 2010.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES
ALL CREDITORS